

# THE THIRTEENTH COURT OF APPEALS

13-15-00187-CV

Kandi Torres, Keisha Collins, and Oliver Bell
v.
Michael A. McCann

On appeal from the
36th District Court of Bee County, Texas
Trial Cause No. B-13-1344-CV-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND RENDERED IN PART. Costs of the appeal are adjudged fifty-percent against appellants and fifty-percent against appellee, although he is exempt from payment due to his inability to pay costs.

We further order this decision certified below for observance.

June 9, 2016